THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA WILLIAMS, Appellant. [957 NYS2d 261]

Concur—Andrias, J.P., Friedman, DeGrasse, Manzanet-Daniels and Gische, JJ.